UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY SHREVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:22-CV-163-BO |
| OFFICER B.M. STEPHENSON, | ) | |
| 28 U.S.C. § 2679(d)(2), WAKE COUNTY | ) | |
| PUBLIC SAFETY DEPARTMENT, OFFICER | ) | |
| B. JONES, OFFICER HOWELL, OFFICER | ) | |
| WOLFE, OFFICER LOCKHART, OFFICER | ) | |
| DAVIDSON, OFFICER MEYERS, OFFICER B. | ) | |
| SCIOLI, OFFICER LAYMAN, OFFICER | ) | |
| MARTIN "EAGLES," OFFICER L.M. | ) | |
| BUTCHER, OFFICER B.H. WINSTON, | ) | |
| OFFICER FRISBEE, OFFICER G.S. MARLO, | ) | |
| OFFICER POWELL, OFFICER MCLEOD, | ) | |
| OFFICER ASATO, OFFICER DUFAULT, | ) | |
| OFFICER DAVIS, OFFICER J.R. MARX, | ) | |
| OFFICER SINGLETARY, OFFICER S. | ) | |
| INGERSOLL, OFFICER T. CARROLL, | ) | |
| OFFICER WINKLE, OFFICER R.A. SMITH, and | ) | |
| OFFICER B.A. DICELLO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on motions to dismiss, for sanctions, and for continuance.

**IT IS ORDERED, ADJUDGED AND DECREED** that Wake County Public Safety Department's motion to dismiss [DE 15] is GRANTED, the RPO defendants' motion to dismiss [DE 57] is GRANTED, the RPO defendants' motion for sanctions [DE 59] is DENIED AS MOOT, and plaintiffs motion for continuance [DE 29] is DENIED AS MOOT. Plaintiffs' claims against all defendants are hereby DISMISSED and the clerk is DIRECTED to close this case.

**This judgment filed and entered on March 2, 2023, and served on:**
Kimberly Shreve (via US Mail)
Andrew Joseph Seymour (via CM.ECF Notice of Electronic Filing)
Robert Lane (via CM.ECF Notice of Electronic Filing)

March 2, 2023

PETER A. MOORE, JR., CLERK

/s/Lindsay Stouch
By: Deputy Clerk